UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA

FORT LAUDERDALE

CASE NO. 17-CV-62023-BB

FILED BY _____ D.C.

DEC 15 2017

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

ROBERT FURTICK,

Plaintiff,

v.

AUTONATION, INC.

Defendant.

_____/

## OPPOSITION TO DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT

The Plaintiff, Robert Furtick, respectfully opposes Defendant's Motion for Enlargement of Time to Respond to Complaint [ECF No. 26]. In opposition, the Plaintiff states as follows:

1. The Defendant previously requested a two-week extension on December 5, 2017, to file the answer which the Court denied but reset the deadline to answer to December 14, 2017.

2. The law firm of Fisher Phillips and the Defendant, AutoNation, Inc., have the resources available to meet any and all deadlines imposed by the Hon. Judge Beth Bloom.

3. This enlargement is not sought in good faith and it's sole purpose is to delay the Defendant's compliance with the Hon. Judge Beth Bloom's order issued on December 5, 2017 instructing the Plaintiff to respond by December 14, 2017 as ordered by Hon. Judge Beth Bloom on December 5, 2017.

## MEMORANDUM OF LAW

I. Rule 11(b)(1) of the Federal Rules of Civil Procedure states no motion shall be put before the court to "cause unecessary delay".

## CONCLUSION

For all the foregoing reasons, the Defendant's Motion Enlargement of Time is due to be denied.

This 15th day of December, 2017

Respectfully Submitted by:

Robert Furtick, Plaintiff, *pro se*

4944 Cypress LN

Coconut Creek, FL 33073

(561) 322-5232

robertfurtick@gmail.com